IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

V.                                          Case No. 1:18-mj-512

CHRISTIAN IVAN HERNANDEZ,
Defendant

**DEFENDANT CHRISTIAN IVAN HERNANDEZ'S UNOPPOSED
MOTION TO SUBSTITUTE COUNSEL**

TO THE HONORABLE JUDGE J. SCOTT HACKER:

The Defendant in the above styled and numbered cause, Christian Ivan Hernandez, under Rule 83.2 of the Local Rules for the Southern District of Texas, respectfully moves the Court for an order substituting Rochelle M. Garza of Garza & Garza Law, PLLC and discharging Michelle Lynette Taylor as attorney of record for the Defendant in this cause. In support of this motion, Christian Ivan Hernandez would show the Court as follows:

I.

Michelle Lynette Taylor was previously appointed to represent the Defendant in this cause. The Defendant no longer desires to be represented by Hon. Michelle Lynette Taylor.

Rochelle M. Garza has been employed to represent the Defendant in this cause.

The Defendant approves this substitution, as evidenced by the Defendant's signature on this motion.

This motion is not brought for delay, but to allow the Defendant to be represented by counsel of choice.

II.

A conference was had with Hon. Michelle Lynette Taylor about this motion on March 19, 2018 and acknowledged her approval by her signature affixed below. It has been agreed that his time and legal services will be reimbursed to her as the court orders.

Counsel for the Defendant conferred with Assistant United States Attorney, Alexandro Benavides, about this motion on March 19, 2018. The government is not opposed to this motion.

Christian Ivan Hernandez prays that the Court enter an order substituting Rochelle M. Garza of Garza & Garza Law, PLLC and discharging Michelle Lynette Taylor as attorney of record in this cause.

Respectfully submitted,

By: /s/ Rochelle M. Garza
ROCHELLE M. GARZA
Texas Bar No. 24080323
Southern District Bar No. 2364320
E-Mail: rochelle@garzapllc.com
GARZA & GARZA LAW, PLLC
1200 E. Harrison St.
Brownsville, Texas 78520
Tel. (956) 544-1111
Fax. (956) 544-1108

*Attorneys for Christian Ivan Hernandez*

_____
CHRISTIAN IVAN HERNANDEZ, Defendant

Date: 3/21/2018

Approved for Content:

_(signature)_   Date: 3/22/18

Michelle Lynette Taylor
~~State Bar:~~ 03766500
Southern District Bar No. _____
Email: michelle_l_taylor@fd.org
Office of the Federal Public Defender
1701 W Business Highway 83
Ste 405
McAllen, TX 78501

## CERTIFICATE OF CONFERENCE

I, **Rochelle M. Garza**, hereby certify that on this 19th **day of March 2018** I conferred with **Hon. Michelle Lynette Taylor**, Federal Public Defender and states she is unopposed to the filing of this **Defendant Christian Ivan Hernandez's Unopposed Motion to Substitute Counsel** as noted by her signature above.

I, **Rochelle M. Garza**, hereby certify that on this 19th **day of March 2018** I conferred with **Hon. Alexandro Benavides**, Assistant U.S. Attorney and states he is unopposed to the filing of this **Defendant Christian Ivan Hernandez's Unopposed Motion to Substitute Counsel.**

/s/ ROCHELLE M. GARZA
ROCHELLE M. GARZA