IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

    V.                                                    Case No. 1:18-mj-512

CHRISTIAN IVAN HERNANDEZ,
     Defendant

**ORDER ON DEFENDANT CHRISTIAN IVAN HERNANDEZ'S
UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

The Defendant Christian Ivan Hernandez's Motion to Substitute Counsel is hereby:

_____        GRANTED

_____        DENIED

Signed on this the \_\_\_\_\_ day of _____, 2018.

                                                      _____
                                                      Hon. J. Scott Hacker
                                                      United States Magistrate Judge